UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

*CASE AND DEADLINE INFORMATION*

Civil Action No.: 4:20-cv-00734-SDJ

Name of party requesting extension: Allied Bioscience, Inc.

Is this the first application for extension of time in this case?

- ☐ Yes
- ☑ No

If no, please indicate which application this represents:

- ☑ Second
- ☐ Third
- ☐ Other _____

Date of Service of Summons: 9/29/2020

Number of days requested:
- ☐ 30 days
- ☐ 15 days
- ☑ Other 14 days

New Deadline Date: 12/4/2020   *(Required)*

*ATTORNEY FILING APPLICATION INFORMATION*

Full Name: Eric J. Klein

State Bar No.: 24041258

Firm Name: VINSON & ELKINS L.L.P.

Address: 2001 Ross Avenue, Suite 3900
         Dallas, TX  75201

Phone: (214) 220-7700

Fax:  (214) 220-7716

Email: eklein@velaw.com

A certificate of conference does not need to be filed with this unopposed application.