IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PURESHIELD, INC. AND VIACLEAN TECHNOLOGIES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ALLIED BIOSCIENCE, INC., <br><br> Defendant. | Case No. 4:20-cv-00734-SDJ |

**[PROPOSED] ORDER**

Before the Court is a Stipulation and Joint Motion to Sever and Stay Patent Infringement Counts I–X filed by Plaintiffs PureShield, Inc. and ViaClean Technologies, LLC (collectively, "Plaintiffs") and Defendant Allied BioScience, Inc. ("Defendant") (collectively, "Parties"). Upon consideration, it is hereby ORDERED that the Parties' request is GRANTED in its entirety. Counts I–X are severed and stayed pending resolution of disputes between Plaintiffs and non-party Novalent, Ltd. regarding rights in and to the patents asserted in this case, whether by the declaratory judgment action brought by Plaintiffs, *see PureShield Inc. and ViaClean Technologies, LLC v. Inhold, LLC and Novalent, Ltd.*, No. 20-cv-1025 (M.D.N.C.), or the state court action brought by non-party Novalent, Ltd., *see Inhold, LLC v. PureShield Inc.*, No. 20-CVS-4841 (N.C. Super.). Counts XI–XIII will go forward in this case in the interim. The deadline for Defendant to respond to Counts XI–XIII in Plaintiffs' Complaint is extended 14 days to and including December 18, 2020.