IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PURESHIELD, INC. AND VIACLEAN TECHNOLOGIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED BIOSCIENCE, INC.,<br><br>Defendant. | Case No. 4:20-cv-00734-SDJ<br><br>Hon. Sean D. Jordan |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs PureShield, Inc. and ViaClean Technologies, LLC and Defendant Allied BioScience, Inc. (collectively, "Parties") jointly stipulate that all claims in this action, including the patent claims previously severed and stayed pursuant to the Court's December 11, 2020 Order (Rec. Doc 18), be dismissed without prejudice. Each side shall bear its own attorneys' fees and litigation costs.

Respectfully submitted,

Dated: January 25, 2022

*/s/ Brian Paul Gearing*
───────────────────────────
Brian Paul Gearing (*pro hac vice*)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2524
Tel: (212) 223-4000
Fax: (212) 223-4134
bgearing@crowell.com

Ali H.K. Tehrani, *pro hac vice*
Karla I. Arias, *pro hac vice*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Tel: (202) 654-2500

1

        Fax: (202) 628-5116
        atehrani@crowell.com
        karias@crowell.com

        Michael E. Jones
        SBN: 10929400
        POTTER MINTON, PC
        110 North College, Suite 500
        Tyler, Texas 75702
        Tel: (903) 597-8311
        Fax: (903) 593-0846

        *Counsel for Plaintiffs PureShield, Inc. and ViaClean Technologies, LLC*

        Respectfully submitted,

Dated: January 25, 2022         */s/ Jenny L. Martinez*
        ―――――――――――――――――
        Michael C. Wilson
        State Bar No. 21704590
        mwilson@munckwilson.com
        Jenny L. Martinez
        State Bar No. 24013109
        jmartinez@munckwilson.com

        MUNCK WILSON MANDALA, LLP
        12770 Coit Road, Suite 600
        Dallas, TX 75251
        (972) 628-3600
        (972) 628-3616 fax

        *Counsel for Defendant Allied BioScience, Inc.*